Argued and submitted February 18, affirmed April 22, 1992

In the Matter of the Compensation of
Stephen R. Kennedy, Claimant.
BOEING COMPANY
and Aetna Casualty & Surety Company,
*Petitioners,*

*v.*

Stephen R. KENNEDY,
*Respondent.*

(89-09958; CA A68940)

829 P2d 740

Bradley R. Scheminske, Portland, argued the cause for petitioners. With him on the brief was Scheminske & Lyons, Portland.

Eileen G. Simpson, Eugene, argued the cause for respondent. With her on the brief was Peter O. Hansen, Portland.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *Boeing Co. v. Viltrakis,* 112 Or App 396, 829 P2d 738 (1992).